IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **RONALD JENKINS,**<br><br>Petitioner,<br><br>v.<br><br>**JAUQUEZ, Warden,**<br><br>Respondent. | Case No. 2:08-CV-3082 GGH P<br><br>**ORDER** |

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED THAT Respondent's response to Petitioner's Amended Petition for Writ of Habeas Corpus be filed on or before June 8, 2009. No further extensions will be granted absent compelling reasons.

Dated: May 12, 2009

/s/ Gregory G. Hollows
_____
The Honorable Gregory G. Hollows

Jenk3082.eot2